MARIE C. LOWE, Appellant, Respondent, v. GEORGE LEARY and DANIEL J. LEARY, Respondents, Appellants.— Order unanimously affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Successor Trustee under a Trust Mortgage Made by PENNSYLVANIA OPERATING CORPORATION to AMERICAN TRUST COMPANY, as Trustee, Dated May 1, 1924, Respondent, v. PENNSYLVANIA OPERATING CORPORATION and Others, Defendants. EDWIN H. BIGELOW and Others, Intervening Defendants, Respondents. LEONARD MARX, Bondholder, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

AGOSTINI BROTHERS BUILDING CORPORATION, Respondent, v. HARRY H. HAYS, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements and the motion granted. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of CHARLES W. BEALL, for an Order Directing LOUIS MARTIN LEVY, an Attorney, to Render an Accounting, to Turn Over Certain Papers and Records and to Turn Over Certain Moneys to Petitioner. CHARLES W. BEALL, Appellant, LOUIS MARTIN LEVY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of GIOACCHINO GAMBINO and GANDOLFO GIRESI, Copartners, etc., Appellants, v. STATE LIQUOR AUTHORITY and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

ERNIE ADAMSON, Respondent, v. SUPERIOR ZINC CORPORATION, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

CLEMENTE CONSTRUCTION CORPORATION, and DANIEL J. FALLON, HENRY C. LITTLE and AMOS MILLER, as Trustees, Appellants, v. P. T. COX CONTRACTING COMPANY, INC., Respondent. CLEMENTE CONSTRUCTION CORPORATION and Others, Plaintiffs, v. P. T. COX CONTRACTING COMPANY, INC., and Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of CRYSTAL HALL, INC., Appellant, for an Order of Mandamus against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.